■ CONSTANCE W. FORD et al., Respondents, v. HERTEL-BAILEY PROPERTIES, INC., Appellant, et al., Defendants.— Orders affirmed, with $10 costs and disbursements. All concur. (Appeal from two orders of Erie Special Term (1) granting plaintiffs' motion for summary judgment, dropping Hugh

Everetts as party defendant and referring the matter to compute, and (2) denying motion by defendant Hertel-Bailey to vacate the summary judgment.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.